IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                     :
                                     :
v.                                   :     CRIMINAL NO. 08-186-4
                                     :
KELVIN GANDY                         :
USM#63160-066                        :

## O R D E R

AND NOW this 8th day of May, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 135 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

/s/ Legrome D. Davis

_____
The Honorable Legrome D. Davis
United States District Court Judge